**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-00725-020-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Terry Lee King, Sr., | |
| Defendant. | |

The Court has considered Defendant's Motion to Revisit Release/Detention Hearing (Doc. 798), Plaintiff United States of America's Response (Doc. 828), the Pretrial Services Reports (Docs. 3, 81, 157), prior detention Order (Doc. 167), accepted plea of guilty (Docs. 830 and 805) and the file.

The Court finds that Defendant has failed to meet his burden of proof. Defendant has not shown a likelihood that a motion for acquittal or new trial would be granted. Defendant has not shown that the Government will not recommend a sentence of imprisonment. *See* 18 U.S.C. § 3143(a)(2)(A). Nor has the Defendant shown by clear and convincing evidence that he is not likely to flee or pose a danger to any other person or the community. *See* 18 U.S.C. § 3143 (a)(2)(B). The Court is required to detain the Defendant pending sentencing. 18 U.S.C. § 3143(a).

/ / /

/ / /

1

2    IT IS ORDERED denying Defendant's Motion to Revisit Release/Detention

3  Hearing (Doc. 798).

4    Dated this 13th day of November, 2024.

5

6

7  _____
   Honorable Eileen S. Willett
8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -